IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KISANO TRADE & INVEST LIMITED, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 11-852 |
| DEV LEMSTER, et al., | ) ) | |
| Defendants. | ) | |

### O R D E R

AND NOW, this 6th day of August, 2012, after the plaintiffs filed an action in the above-captioned case, and after orders were entered on motions for preliminary injunctions and after emergency motions to stay orders on motions for preliminary injunctions during pendency of appeal were submitted by defendant Akiva Sapir, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 107), which is adopted as the opinion of this Court,

IT IS ORDERED that the Emergency Motion to Stay Order on Motion for Preliminary Injunction During Pendency of Appeal (ECF No. 80) and the Emergency Motion to Stay Order on Motion for Preliminary Injunction During Pendency of Appeal (ECF No. 81), filed on behalf of Defendant Akiva Sapir, are denied.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge